■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH ORTIZ, Appellant. [771 NYS2d 708]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (McKay, J.), rendered March 22, 2002, convicting him of sexual abuse in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of sexual abuse in the first degree beyond a reasonable doubt. The evidence established that the defendant, acting in concert with his codefendant, subjected the complainant to unwanted sexual contact while the codefendant forcibly restrained her (*see Matter of Khaliek W.,* 193 AD2d 683 [1993]).

The defendant's remaining contentions are without merit. Ritter, J.P., Krausman, Townes and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PACK, Appellant. [771 NYS2d 708]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 11, 2001 (*People v Pack,* 284 AD2d 415 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered June 3, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Santucci, J.P., S. Miller, Luciano and Adams, JJ., concur.